IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| **RITE AID HDQTRS CORP. d/b/a RITE AID CORPORATION,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CRAYTON LANDSCAPING AND BUILDING MAINTENANCE, INC.,** | : | No. 12-05775 |
| | : | |
| and | : | |
| | : | |
| **AUTO-OWNERS INSURANCE COMPANY** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of August, 2013, upon consideration of "Plaintiff's Motion to Remand to State Court," (Doc. No. 6), and "Defendants' Motion to Dismiss For Improper Venue or, Alternatively, To Transfer Venue Pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Northern District of Ohio, Cleveland Division," (Doc. No. 5), and the responses and reply thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

— Plaintiff's motion to remand is **GRANTED**. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

— Defendants' motion to dismiss for improper venue, or alternatively, to transfer venue is **DENIED** as moot.

— The Clerk of Court shall mark this case as **CLOSED**.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**